No. 92–1287.  TAYLOR ET AL. *v.* FLORIDA ATLANTIC UNIVERSITY ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–1307.  SELAIDEN BUILDERS, INC., ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF VERNON SAVINGS & LOAN ASSN., F. S. A.  C. A. 5th Cir.  Certiorari denied.

No. 92–1315.  SHANER ET AL. *v.* UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 92–1430.  DAVIDSON ET AL. *v.* VELSICOL CHEMICAL CORP.  Sup. Ct. Nev.  Certiorari denied.

No. 92–1435.  ESTATE OF OSPINA, BY HIS EXECUTOR, COUGHLIN, ET AL. *v.* TRANS WORLD AIRLINES, INC.  C. A. 2d Cir.  Certiorari denied.

No. 92–1438.  HAVILAND *v.* J. ARON & CO.  C. A. 2d Cir.  Certiorari denied.

No. 92–1440.  NEAL *v.* BROWN ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 92–1443.  WRIGHT ET AL. *v.* DEARMOND, STATE'S ATTORNEY FOR VERMILION COUNTY, ILLINOIS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–1444.  BATES ET AL. *v.* WITHROW, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 92–1445.  LUMMI INDIAN TRIBE *v.* WASHINGTON.  C. A. 9th Cir.  Certiorari denied.

No. 92–1446.  TEXAS *v.* RIOS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 92–1451.  TRAVELLERS INTERNATIONAL AG. *v.* TRANS WORLD AIRLINES, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 92–1457.  LARRY ET AL. *v.* WHITE ET AL.  C. A. 5th Cir.  Certiorari denied.